UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GAVIN HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTAN HILL-LOVE,<br><br>    Defendant. | NO. CIV.S-09-2713 FCD DAD<br><br><u>ORDER AND ORDER TO SHOW CAUSE<br>RE SANCTIONS</u> |

----oo0oo----

    A Notice of Removal was filed on September 29, 2009. On December 22, 2009, the Court issued a Minute Order ordering the parties to file their Joint Status Report on or before January 22, 2010, pursuant to the Court's Order Requiring a Joint Status Report filed on September 30, 2009. On December 27, 2009, defendant filed an individual status report due to plaintiff's counsels' non-response to defense counsel's communication.

    As of January 29, 2010, plaintiff has not filed an individual status report, nor has a joint status report been

filed with the court. Accordingly, the court makes the following orders:

    1. Plaintiff's counsel, Ms. Annette Ferrante and Mr. Robert Kitay, are ordered to show cause why plaintiff's case should not be dismissed for failure to prosecute.

    2. Plaintiff's counsel shall file a response to the order to show cause on or before March 12, 2010.

    3. A hearing on this order to show cause is set for Friday, March 26, 2010 at 10:00 a.m.

    IT IS SO ORDERED.

DATED: February 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE