IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GAVIN HILL,

      Plaintiff,                                     No. CIV S-09-2713 KJM-DAD

      vs.

KRISTAN HILL-LOVE,

      Defendant.                                 ORDER

_____/

        This matter is before the court on Annette E. Ferrante's notice of disassociation of counsel filed on April 2, 2011. (ECF 37.) Ms. Ferrante asserts that she has been disassociated from Robert N. Kitay and the Law Office of Robert N. Kitay, PC as counsel for plaintiff in the above-captioned action since August 30, 2009. Defendant in the above-captioned action has filed an objection to this notice, contending that Ms. Ferrante's notice ignores Local Rule 182(g) and California Rule of Professional Conduct 3-700(C)(5). (ECF 38.)

        The court hereby ORDERS Ms. Ferrante, within fourteen days of the entry of this order, to show cause why sanctions should not be imposed against her for failing to notice the

/////

/////

/////

1

1 court of her disassociation from this case until more than one year had passed since her alleged
2 disassociation and to comply with Local Rule 182 or California Rule of Professional Conduct 3-
3 700(C)(5).
4     IT IS SO ORDERED.
5 DATED: May 16, 2011.

_____
UNITED STATES DISTRICT JUDGE