IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GAVIN HILL,

    Plaintiff,                             No. CIV S-09-2713 KJM-DAD

    vs.

KRISTAN HILL-LOVE,

    Defendant.                            <u>ORDER</u>

/

           The court issued an order to show cause on May 18, 2011, due to attorney Annette E. Ferrante's late notice of disassociation of counsel. (ECF 44.) On May 31, 2011, Ms. Ferrante responded to the order to show cause.[1] (ECF 50.) The court notes that Ms. Ferrante was served with two orders in February 2010, which she appears to have disregarded; it was only after being served with a flurry of filings and orders in 2011 that she filed her notice of disassociation. That said, given Ms. Ferrante's representation regarding her role as an associate to plaintiff's lead counsel Mr. Kitay and her belief, however mistaken, that she did not need to

---

[1] The order to show cause specifically ordered Ms. Ferrante to respond; therefore, the court does not consider Robert Kitay's response. (ECF 47.) Mr. Springfield's objections to Ms. Ferrante's declaration are overruled, with the exception of objections that can be construed as directed to the last sentence of paragraph 3, and the words "or Mr. Kitay" in paragraph 6, which objections are sustained. (ECF 51.)

1  file a motion to withdraw with the court, as well as the lack of any indication that Ms. Ferrante
2  has suffered any prior discipline in connection with her license to practice law, the court is
3  satisfied with Ms. Ferrante's response.  Accordingly, the May 18 order to show cause is hereby
4  DISCHARGED.
5           IT IS SO ORDERED.
6  DATED:  June 1, 2011.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE